## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ANTONIO WHITE,

                 Appellant

                 v.

GEORGE LITTLE, SECRETARY, PA. DOC, BOBBY JO SALAMON, SUPER, S.C.I ROCKVIEW ET AL, OFFICER'S, AGENTS, SERVANTS, EMPLOYEES AND ATTORNEYS,

                 Appellees

:   No. 72 MAP 2023
:
:   Appeal from the Order of the
:   Commonwealth Court at No. 299 MD
:   2022 dated May 4, 2023.
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**                           **DECIDED:  March 21, 2024**

     **AND NOW,** this 21st day of March, 2024, the order of the Commonwealth Court is **AFFIRMED**.